IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| RUBEN RAY ROMERO, | § | |
| Petitioner, | § | |
| v. | § | 2:10-CV-075 |
| RICK THALER,<br>Director, Texas Dep't of Criminal Justice,<br>Correctional Institutions Division, | § | |
| Respondent. | § | |

### ORDER OVERRULING OBJECTIONS,
### ADOPTING REPORT AND RECOMMENDATION
### and DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner has filed with this Court an application for a writ of habeas corpus by a person in state custody. On May 3, 2010, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein petitioner's habeas petition be dismissed as time barred. On May 19, 2010, petitioner filed objections to the Report and Recommendation. On May 25, 2010, the Magistrate Judge issued a Supplement to the May 3, 2010 Report and Recommendation, again concluding the petition was time barred. Petitioner filed objections to the Supplemental Report and Recommendation on June 9, 2010.

The undersigned United States District Judge has made an independent examination of the record in this case and has considered the objections made by petitioner to the Report and Recommendation and the Supplement to the Report and Recommendation. The objections filed by petitioner are without merit and are hereby OVERRULED. The Magistrate Judge's Report and Recommendation and Supplement to the Report and Recommendation are hereby ADOPTED. Accordingly, the petition for a writ of habeas corpus filed by petitioner is DISMISSED.

IT IS SO ORDERED.

ENTERED this ____11____ day of ____June____ 2010.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE